**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS R. THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01240-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

　　　　Plaintiff Travis R. Thompson is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983, who has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by 28 U.S.C. § 1915(a).  Accordingly, the Court will grant leave for Plaintiff to proceed *in forma pauperis*.

　　　　Plaintiff is required to pay the statutory filing fee of $400.00 for this action.  28 U.S.C. § 1915(b)(1).  He shall do so through monthly payments of twenty percent (20%) of the preceding month's income credited to his trust account.  The California Department of Corrections and Rehabilitation ("CDCR") is directed to send the Clerk of Court payments from Plaintiff's account each time the account balance exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

　　　　In accordance with the above and good cause appearing, the Court hereby ORDERS that:

　　　　1.  Plaintiff's application to proceed *in forma pauperis* is granted.

1

2. **The CDCR or its designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to Plaintiff's account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $400.00 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's application to proceed *in forma pauperis* on the CDCR via the Court's electronic filing system (CM/ECF).

4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

5. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this matter.

6. Notwithstanding any other provision of this order, the Clerk of Court shall not issue any summonses in this matter nor shall Plaintiff take any action to attempt to serve the complaint on any Defendant until the Court has screened the complaint as required by 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   **August 12, 2014**            **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE